Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 9 APR '20 10:42USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

Cedric Howard
Eugene Graves II

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Oregon Department of
Human Services

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    3:20-cv-585 SB
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)    ☐ Yes    ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Cedric HE Graves II
Street Address          501 SW Edgefield Meadows Ave
City and County         Troutdale   Multnomah
State and Zip Code      Oregon   97060
Telephone Number        503-960-5767
E-mail Address          cedric.middle@mail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

88339

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     Juen Lopez Manager

Job or Title *(if known)*     11826 NE Glisan St

Street Address

City and County     Portland, OR Multnomah

State and Zip Code     Oregon 97213

Telephone Number     971-673-0909

E-mail Address *(if known)*     Not known

Defendant No. 2

Name     Fednold Thelisdort

Job or Title *(if known)*     DHS care worker

Street Address     11826 NE Glisan St

City and County     Portland Multnomah

State and Zip Code     Oregon 97213

Telephone Number     971-673-2027

E-mail Address *(if known)*     Not known

Defendant No. 3

Name     I Morales

Job or Title *(if known)*     DDA

Street Address     1021 SW 4th Ave

City and County     Portland Multnomah

State and Zip Code     Oregon 97204

Telephone Number     503-988-3957

E-mail Address *(if known)*     Not known

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Not letting me visit my own son, Taking My son away from my home, falsifying that I'm violent, bothering me and discriminating, putting my child in harm, confronting and depressing me, Not obeying laws. His mom has smoked cigarettes, smoked meth, drank alcohol and was having sex with other guys and They let her visit him and I can't

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual,
The plaintiff, *(name)* Cedric HE Graves II , is a citizen of the
State of *(name)* Oregon .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* ___DHS___ , is incorporated under
the laws of the State of *(name)* ___Oregon___ , and has its
principal place of business in the State of *(name)* ___Oregon___ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* ___Oregon___ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):* My Child I want him home not at some strangers house my child is not going to be harmed by me or my family. My home is a safe home and my son isnt in any denger with us. We are his only family.. I cant be around my kid since January,

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Taking my new born Child away from his Grandmother Grandfather, Dad, Bncle and Great Grandmother, for no reason, lying, breaking the law and lying on me. Trying to scam that we are bad parents.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

None

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  4 /6 /20

Signature of Plaintiff    _Cedric HE Graves II_

Printed Name of Plaintiff    _Cedric HE Graves II_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____